**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

---

| | |
|---|---|
| Civil Action No.: **10-cv-00513-CMA-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| Date: **April 12, 2010** | **Courtroom Deputy:** Linda Kahoe |

---

| | |
|---|---|
| HYPERCUBE, LLC, *et al.,* | Michael Brian Hazzard |
| | Michael Ritchie McCurdy |
| Plaintiffs, | |
| v. | |
| COMTEL TELCOM ASSETS LP, | *No appearance* |
| Defendant, | |
| LEVEL 3 COMMUNICATIONS, LLC, | Lisa A. Hogan |
| Movant. | |

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING: MOTION HEARING**
**Court in session: 1:30 p.m.**
Court calls case. Appearances of counsel. *Also present is Greg Rogers, regulatory in-house counsel for Level 3.*

Discussion and arguments regarding Deponent Level 3 Communications, Inc.'s Motion to Quash Subpoena *Ad Testificandum*, doc #[1], filed 3/5/10.

Mr. Hazzard makes an oral motion to withdraw the subpoena. Ms. Hogan states no objection.

For the reasons as stated on the record, it is:

**ORDERED**: Hypercube, LLC's oral motion to withdraw the subpoena is **GRANTED**. Deponent Level 3 Communications, Inc.'s Motion to Quash Subpoena *Ad Testificandum*, doc #[1] is **DENIED AS MOOT**.

HEARING CONCLUDED.
**Court in recess**: **1:53 p.m.**
Total time in court: 00:23

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.